STATE EX REL. McCRARY v. STATE OF INDIANA.

[No. 0-557. Filed May 14, 1959.]

*John Clifford McCrary, pro se.*

PER CURIAM—This is an attempted appeal from an order dismissing an amended petition for writ of error coram nobis.

The papers filed do not contain an assignment of errors as required by Rule 2-6 of this court, nor has appellant complied with Rules 2-3 and 2-5 of this court (1958 Edition).

For the foregoing reasons the purported appeal must be dismissed.

Appeal dismissed.

NOTE.—Reported in 158 N. E. 2d 292.